UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Doua YANG,                                                  ) Civil Case No. 26-cv-469-JNW
                                                           )
    *Petitioner*,                                           )
                                                           )
    v.                                                     )
                                                           )
Bruce SCOTT, Warden, Northwest ICE                         ) ORDER ON JOINT STIPULATION FOR
Processing Center; Laura HERMOSILLO,                       ) BRIEFING SCHEDULE ON
Enforcement and Removal Operations, Seattle                ) PETITIONER'S TRO AND
Field Office Director, U.S. Immigration and                ) PETITIONER'S UNILATERAL MOTION
Customs Enforcement; Kristi NOEM,                          ) FOR AN ORDER PREVENTING
Secretary, U.S. Department of Homeland                     ) TRANSFER OR REMOVAL UNTIL A
Security; U.S. DEPARTMENT OF                               ) COURT ORDER ON PETITIONER'S TRO
HOMELAND SECURITY; Todd LYONS,                             ) MOTION
Acting Director and Senior Official                        )
Performing Duties of Director of ICE;                      )
U.S. IMMIGRATION AND CUSTOMS                               )
ENFORCEMENT,                                               )
                                                           )
    *Respondents*.                                         )

**ORDER**

    The parties shall brief Petitioner's Motion for a Temporary Restraining Order according to the following schedule:

    February 20 – Petitioner files Motion for TRO

    February 24 – Respondents file Opposition

    February 25 – Petitioner files Reply

Respondents shall not move or transfer Petitioner from the Western District of Washington or remove him from the United States prior to the time Petitioner files his Reply brief.

It is so ORDERED.

Dated this 21st day of February, 2026.

_____
JAMAL N. WHITEHEAD
United States District Judge

JOINT STIPULATION RE BRIEFING SCHEDULE AND
PETITIONER'S MOTION FOR ORDER PREVENTING
TRANSFER
Case No. 2:26-cv-469-JNW

22

The Habeas Project, PLLC
20415 72nd Ave S, Suite 455
Kent, WA 98032
(917) 690-2038