## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DOUA YANG,<br><br>                Petitioner,<br>   v.<br><br>BRUCE SCOTT et al.,,<br><br>             Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE   NUMBER   2:26-cv-00469-JNW |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition for Writ of Habeas Corpus is GRANTED IN PART. Dkt. No. 4.

Dated March 10, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Kathleen Albert*
Deputy Clerk